NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3408

DANIEL E. BOHR,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Debra D'Agostino, Passman & Kaplan, P.C., of Washington, DC, argued for petitioner.   With her on the brief was Joseph V. Kaplan.

Patrick B. Bryan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3408

DANIEL E. BOHR,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

# Judgment

ON APPEAL from the **Merit Systems Protection Board**

In CASE NO(S). **NY3443050095-I-2 and NY3443050278-I-2**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL and LINN, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u>  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: <u>August 8, 2007</u>     /s/  Jan Horbaly
                              Jan Horbaly, Clerk